[No. 22860–9–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY OWEN DORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00656–0, Patricia H. Aitken, J., entered August 3, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 23278–9–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY DALTON EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03351–6, Richard M. Ishikawa, J., entered October 24, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield and Baker, JJ.

[No. 22913–3–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LUIS A. GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00506–7, Sharon S. Armstrong, J., entered December 9, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Pekelis, JJ.

[No. 23772–1–I.   Division One.   April 2, 1990.]

JODY WHEELER, *Individually and as Administrator, Appellant,* v. THE COUNTY OF KING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–22067–2, James A. Noe, J., entered January 22, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield, J., and Thibodeau, J. Pro Tem.